UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20622-CR-UNGARO

UNITED STATES OF AMERICA,

v.

DEMETRIUS LAMAR BARROW,

    Defendant.
_____/

## ORDER ON MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon the Defendant's Motion to Suppress Physical Evidence and Statements and upon Defendant's Supplemental Motion to Suppress Physical Evidence and Statements.  (D.E. 16 & 19.)

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge Andrea M. Simonton, who, on November 5, 2010, held an evidentiary hearing on the Motion.  On November 16, 2010, the Magistrate Judge issued a Report setting forth findings of fact and conclusions of law and recommending that the Motion be denied.  (D.E. 23.)

The parties were afforded the opportunity to file objections to the Magistrate Judge's Report; however, no objections were filed.  After conducting a *de novo* review of the record, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (D.E. 23) is RATIFIED, ADOPTED, AND AFFIRMED: Defendant's Motions to Suppress Physical

Evidence and Statements (D.E. 16 & 19) are DENIED.

DONE and ORDERED in Chambers, at Miami, Florida this _4th__ day of January 2011.

_____
URSULA UNGARO
UNITED STATES DISTRICT COURT

copies provided:
Counsel of record